IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED
IN OPEN COURT

SEP 12 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 1:24-cr-202 |
| v. | ) |
| | ) COUNTS 1&2: 18 U.S.C. §1001(a)(2) |
| GEORGE HAMER, II, | ) (False Statements) |
| | ) |
| Defendant. | ) |

SEPTEMBER 2024 TERM - AT ALEXANDRIA

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about February 1, 2023, in Arlington, Virginia, in the Eastern District of Virginia, the defendant, GEORGE HAMER, II, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, namely,

i) stating falsely that there was an operational necessity relating to his undercover work for him to travel to South Florida on or about July 23, 2022;

ii) stating falsely that he was taught he should always have his undercover IDs with him;

iii) stating falsely that he was taught that if he got into an incident where he thought he was in danger he should get out of there and get to a police station as quickly as possible;

iv) stating falsely that on or about July 23, 2022, another individual told him he would have to spend the night at a motel because no hotel would rent him a room;

v) stating falsely that on or about July 23, 2022, he had handcuffed his firearm underneath the driver's seat of his rental vehicle before entering a café; and

vi) stating falsely that the only reason he would have stopped after leaving the café was for gas.

(In violation of Title 18, United States Code, Section 1001(a)(2).)

COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 18, 2023, in Fairfax, Virginia, in the Eastern District of Virginia, the defendant, GEORGE HAMER, II, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, namely,

i) stating falsely that on or about July 23, 2022, another individual told him he would have to spend the night at a motel because no hotel would rent him a room; and

ii) stating falsely that on or about July 23, 2022, he had handcuffed his firearm underneath the driver's seat of his rental vehicle before entering a café.

(In violation of Title 18, United States Code, Section 1001(a)(2).)

A TRUE BILL:

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Ronald L. Walutes, Jr.
Assistant United States Attorney

3